UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD A. YOUNG,<br><br>    Petitioner,<br><br>    v.<br><br>JARED LOZANO, Warden,<br><br>    Respondent. | No. 2:20-cv-0350 KJN P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to submit the filing fee. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 2) is granted; and

2. Petitioner shall submit the filing fee within thirty days from the date of this order.

Dated: April 2, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

youn0350.111