UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD A. YOUNG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JARED LOZANO,<br><br>　　　　　Respondent. | No. 2: 20-cv-0350 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　On May 4, 2020, the undersigned granted petitioner's second request for extension of time to submit the filing fee. The undersigned granted petitioner until May 17, 2020 to submit the filing fee. That date has now passed, and petitioner has not responded to the court's order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. The Clerk of the Court is directed to appoint a district judge to this action;

　　　2. Petitioner's motion for appointment of counsel (ECF No. 3) is denied as unnecessary; and

　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, petitioner may file written objections

1

with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 27, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Yo350.fifp

2