UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD A. YOUNG,<br><br>   Petitioner,<br><br>   v.<br><br>JARED LOZANO,<br><br>   Respondent. | No. 2: 20-cv-0350 TLN KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 27, 2020, the undersigned recommended that this action be dismissed based on petitioner's failure to pay the filing fee in accordance with the May 4, 2020 order. (ECF No. 27.) On May 27, 2020, petitioner paid the filing fee. The undersigned was not aware that petitioner had paid the filing fee when the May 27, 2020 findings and recommendations were filed.

Good cause appearing, IT IS HEREBY ORDERED that the May 27, 2020 findings and recommendations (ECF No. 10) are vacated; the undersigned will shortly issue an order addressing petitioner's habeas corpus petition.

Dated: June 19, 2020

Young350.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE