UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD A. YOUNG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JARED LOZANO,<br><br>　　　　　Respondent. | No.  2:20-cv-0350 TLN KJN P<br><br><br><br>ORDER |

　　　　Petitioner has filed his third request for an extension of time to file and serve objections to the October 26, 2020 findings and recommendations.  The grounds of this request are that petitioner has contracted COVID-19 and is now housed in the quarantine unit.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1.  Petitioner's motion for an extension of time (ECF No. 20) is granted; and

　　　　2.  Petitioner is granted 45 days from the date of this order in which to file and serve his objections.

Dated:  January 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

youn0350.111sec(2)